IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| MICHAEL PATTERSON | § | |
| | § | |
| Defendant Below, | § | No. 505, 2025 |
| Appellant, | § | |
| | § | Court Below: Court of Chancery |
| | § | of the State of Delaware |
| LADY BENJAMIN PD CANNON | § | |
| f/k/a Ben Cannon | § | |
| | § | C.A. No. 2021-0171 |
| | § | |
| Plaintiff Below, | § | |
| Appellee. | § | |

Submitted: April 15, 2026
Decided: April 17, 2026

Before **SEITZ**, Chief Justice, **TRAYNOR**, **LEGROW**, and **GRIFFITHS**, Justices; and **WALLACE**, Judge, [1] constituting the Court *en Banc*.

## ORDER

PER CURIAM:

This 17th day of April, 2026, it appears to the Court that:

IT IS HEREBY ORDERED that the Court unanimously concludes that the Court of Chancery's judgment must be REVERSED. An Opinion will follow in due course. A special form of mandate will issue today reserving jurisdiction in this Court solely for the purpose of issuing the Opinion.

---

[1] Sitting by designation under Del. Const. art. IV, § 12 and Supreme Court Rules 2(a) and 4(a) to complete the quorum.

1